IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY WALKER,

    Plaintiff,

v.                                                                    4:18cv232–WS/GRJ

FLORIDA DEPT. OF CORR.,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed June 15, 2018. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 19) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 13) is hereby

ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The plaintiff's "Motion for Reconsideration on the Merits of Computer Data Evidence/Credible Witness Testimony" (doc. 18) is DENIED.

DONE AND ORDERED this ___9th___ day of ___July___, 2018.

                     s/ William Stafford
                     WILLIAM STAFFORD
                     SENIOR UNITED STATES DISTRICT JUDGE